UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TYLER EDWARD WORTH,

    Petitioner,

v.                                          Case No: 5:22-cv-126-PGB-PRL

WARDEN, FCC COLEMAN-USP 1,

    Respondent.
_____/

## ORDER

Petitioner Tyler Edward Worth initiated this action on March 7, 2022, by filing a *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. 1). The Court's Standing Order warned Petitioner that this case would be dismissed without further notice if he did not pay the filing fee or move to proceed *in forma pauperis* within thirty days of initiating this case. (Doc. 2); *see also* Local Rule 6.04(b) ("In an in forma pauperis action by a person in custody, the judge can order the person to pay the clerk's and the marshal's fee. Failure to pay can result in dismissal of the action."). Petitioner has missed that deadline. He has neither paid the filing fee nor moved for leave proceed *in forma pauperis*.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

2. The **Clerk of Court** is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 19, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Petitioner
SA: OCAP-2